UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT HOLMES III,<br><br>   Plaintiff,<br>v.<br><br>LAS VEGAS METROPOLOTAN POLICE DEPARTMENT, et al.,<br><br>   Defendants. | Case No. 2:15-cv-1118-LDG-PAL<br><br>**ORDER** |

This matter is before the Court on Plaintiff Robert Holmes III's Notice of Change of Address (Dkt. #6), filed July 30, 2015. Plaintiff is proceeding in this matter *pro se*. Plaintiff was incarcerated at the time he initiated this case on June 12, 2015, by filing an Application for Leave to Proceed *In Forma Pauperis* (Dkt. #1). The Court granted Plaintiff's request and ordered Plaintiff to pay an initial partial filing fee of $3.33 before July 24, 2015. *See* Order (Dkt. #3); *Nunc Pro Tunc* Correction of Order (Dkt. #4). Plaintiff failed to do so. However, Plaintiff submitted a Notice of Change of Address (Dkt. #6) showing that he is no longer in state custody. Plaintiff is advised that, even though he is no longer incarcerated, he must still comply with the Court's previous order to pay the initial partial filing fee of $3.33 before the Court will screen the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(a). The Court will extend the deadline for Plaintiff to pay the partial filing fee until September 14, 2015. Plaintiff's failure to timely pay the partial filing fee, may result in a recommendation to the district judge for dismissal of this action.

Accordingly,

**IT IS ORDERED**: Plaintiff is required to pay an initial partial filing fee in the amount of $3.33 toward the full filing fee of $350.00. Plaintiff shall have until **September 14, 2015**, to

1  have the designated fee sent to the Clerk of the Court. Failure to do so may result in a
2  recommendation to the district judge for dismissal of this action. Upon receipt of the initial
3  partial filing fee, the Court will screen Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915(e)(2)
4  and 1915A(a). Even if this action is dismissed, the full filing fee must still be paid pursuant to
5  28 U.S.C. § 1915(b)(2).
6      Dated this 18th day of August, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE